# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| EUGENE DIMMIE, § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> UNITED STATES OF AMERICA, § <br> § <br> *Defendant.* § <br> § | Civil Action No. 4:21-cv-01000 <br> Judge Mazzant/Judge Davis |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 18, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #7) that Plaintiff Eugene Dimmie's claims against Defendant United States of America be dismissed without prejudice.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

SIGNED this 18th day of March, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE